IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR54 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| UTILICORP UNITED, INC. AND | ) | |
| PEOPLESERVICE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

      This matter is before the court following a request by the Nebraska Environmental Trust to permit it to modify how it uses the funds. The Trust would like to modify this court's orders, Filing Nos. 13 and 15, to read: "Interest, premiums, dividends, capital gains, or other income earned on this portion of the funds may be transferred into the Nebraska Environmental Trust Fund to be used for environmental purposes as permitted by state law, at the discretion of the Nebraska Environmental Trust Board." The court has carefully considered this request for modification and finds it should be granted.

      THEREFORE, IT IS ORDERED that the court's previous orders, Filing Nos. 13 and 15, are amended to read: "Interest, premiums, dividends, capital gains, or other income earned on this portion of the funds may be transferred into the Nebraska Environmental Trust Fund to be used for environmental purposes as permitted by state law, at the discretion of the Nebraska Environmental Trust Board."

      Dated this 5th day of November, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge